**Central Coast Bankruptcy, Inc.**
**Jason Vogelpohl, Esq.**
532 Parajo Street
Salinas, CA 93901
831.783.0260
831.783.0232 fax

Attorney for Debtor(s)

Entered on Docket
February 15, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed February 15, 2012

_____
Charles Novack
U.S. Bankruptcy Judge



UNITED STATES BANKRTUPCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                                                    Case No. 11-6-0631 CN

GUERRERO, J David                                           Chapter 13

                                  Debtor(s)
_____/

**ORDER VALUING LIEN OF GMAC MORTGAGE, LLC**

On January 5, 2012, Debtor filed a Motion to Value Lien of **GMAC MORTGAGE, LLC** (hereinafter Lienholder) AND VALUE COLLATERAL against the property commonly known as 346 Palm Avenue, Greenfield, CA 93927, which lien was recorded in Monterey County on or about August 17, 2007 as document number 2007064970 (hereinafter the Lien).

The court finds that notice of the motion upon Lien holder was proper. Lien holder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

1. For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, **GMAC MORTGAGE, LLC** does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506,1322(b)(2) and 1327.

1

2. This order shall become part of Debtor's confirmed Chapter 13 plan.

3. Upon entry of a discharge in Debtor's Chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

4. If debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankrupcty law and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

5. Except as provided by separate, subsequent order of the court, the Lien may not be enforced so long as this order remains in effect.

***END OF ORDER***

Court Service List